USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _4/2/2020_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

**TRUSTEES FOR THE MASON TENDERS DISTRICT COUNCIL WELFARE FUND, PENSION FUND, ANNUITY FUND, AND TRAINING PROGRAM FUND, ET AL.,**

        **Petitioners,**

-against-

**EURO-BUILD CONSTRUCTION CORP.,**

        **Respondent.**

------------------------------------------------------------ x

1:19-cv-10763 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

Petitioners are directed to file proof of service of the Petition and the accompanying materials with the Court on or before **April 10, 2020.**

**SO ORDERED.**

Dated:   April 2, 2020
          New York, New York

_____
    **ANDREW L. CARTER, JR.**
    **United States District Judge**