USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/8/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

**TRUSTEES FOR THE MASON TENDERS DISTRICT COUNCIL WELFARE FUND, PENSION FUND, ANNUITY FUND, AND TRAINING PROGRAM FUND, ET AL.,**

                            **Petitioners,**

                            -against-

**EURO-BUILD CONSTRUCTION CORP.,**

                            **Respondent.**

---------------------------------------------------------- x

**1:19-cv-10763 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Parties are hereby **ORDERED** to adhere to the following briefing schedule concerning Petitioners' Petition to Confirm Arbitration:

    **Opposition to Petition:**                      **May 27, 2020**

    **Reply:**                                          **June 10, 2020**

Petitioners are directed to serve a copy of this Order on Respondent and file proof of service with the Court on or before **April 14, 2020.**

**SO ORDERED.**

**Dated:   April 8, 2020**
            **New York, New York**

                                                          **ANDREW L. CARTER, JR.**
                                                            **United States District Judge**