UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
**Trustees for The Mason Tenders District Council Welfare Fund, Pension Fund, Annuity Fund, and Training Program Fund**, **et al.,**

       Petitioners,

       - against -

**Euro-Build Construction Corp.,**

       Respondent.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/14/2020

19 Civ. 10763 (ALC)
**Order**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court previously ordered Petitioners to serve its September 16, 2020 Order on Respondent, and file proof of service, by September 21, 2020. ECF No. 15. No proof of service has been filed. Petitioners are ordered to file proof of service by December 21, 2020.

**SO ORDERED.**

Dated: New York, New York
       December 14, 2020

_____
ANDREW L. CARTER, JR.
United States District Judge