**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TRUSTEES FOR THE MASON TENDERS
DISTRICT COUNCIL WELFARE FUND,
PENSION FUND, ANNUITY FUND, AND
TRAINING PROGRAM FUND ET AL.,
                     Petitioners,                     19 **CIVIL** 10763 (ALC)

       -against-                               **JUDGMENT**

EURO-BUILD CONSTRUCTION CORP.,
                     Respondent.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 15, 2022, the Petition to Confirm Arbitration Award is hereby GRANTED. Judgment is entered in favor of Petitioners and against Respondent in the amount of $29,279.25, plus post-judgment interest at the statutory rate in compliance with 28 U.S.C. § 1961.

**Dated**: New York, New York
          June 15, 2022

                                                            **RUBY J. KRAJICK**
                                                             _____
                                                              **Clerk of Court**
                           **BY:**        *K. Mango*
                                                               _____
                                                              **Deputy Clerk**